IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| QPS HOLDINGS, LLC, and QPS, LLC, | § § § | No. 77, 2025 |
| Plaintiffs Below, Appellants, | § § § | Court Below: Court of Chancery of the State of Delaware |
| v. | § § § | C.A. No.: 2024-1023 |
| DAWN MOORE, | § § | |
| Defendant Below, Appellee. | § § § | |

Submitted: August 13, 2025
Decided: August 28, 2025

Before **SEITZ,** Chief Justice; **VALIHURA** and **LEGROW**, Justices.

## **ORDER**

This 28th day of August, 2025, upon consideration of the parties' briefs and the record below, we find it evident that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in the Order Addressing Motion to Dismiss dated February 17, 2025.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Abigail M. LeGrow*
Justice